UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLA ALFARO BRITTANY,<br>Plaintiff,<br>v.<br>ORANGE COUNTY COURT,<br>Defendant. | No. 2:26-cv-3495 DAD AC<br><br>ORDER |

Plaintiff, who is proceeding in pro se, has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 2.

The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, plaintiff is suing the Orange County Court for issues related to Public Counter Customer Service. ECF No. 1 at 2. The Orange County Court is located in Orange County, California. Further, although the contents of the complaint are difficult to decipher, it appears the

claims in this case arose in Orange County or Los Angeles County, California, both of which are located within the Central District of California. ECF No. 1 at 2, 5-8. Therefore, plaintiff's case should have been filed in the United States District Court for the Central District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: November 9, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE